UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY COWARD,<br><br>                        Plaintiff,<br><br>     -against-<br><br>SERGEANT JACKSON, et al.,<br><br>                      Defendants. | 23-CV-7261 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the October 5, 2023, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 5, 2023
             New York, New York

                                                             /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                  Chief United States District Judge